716

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed, motion of appellant.

46 So.2d 867

**Samuel Verner (alias S. V.) STANLEY v. STATE.**
**6 Div. 969.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Disposing of mortgaged property.

Gordon Davis, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

47 So.2d 926

**J. M. STANLEY v. J. C. HESTER, Admr.**
**6 Div. 69.**

Court of Appeals of Alabama.
May 11, 1950.

Appeal from Circuit Court, Lamar County; Verdo Elmore, Judge.

Sims & Sims, of Columbus, Miss., for appellant.

Newman Strawbridge, of Vernon, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

51 So.2d 918

**Herbert STEPHENS v. STATE.**
**6 Div. 116.**

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

44 So.2d 40

**Lee STEWART v. STATE.**
**6 Div. 863.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Cullman County; Newton B. Powell, Judge.

Possessing still.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 40

**William STEWART v. STATE.**
**6 Div. 862.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Cullman County; Newton B. Powell, Judge.

Possessing still.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.